RECEIVED

JAN 3 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CHARLES J. JONES<br>LA. DOC #531532<br>VS. | CIVIL ACTION NO. 6:13-cv-2937<br><br>SECTION P<br><br>JUDGE REBECCA F. DOHERTY |
| IBERIA PARISH WORK FORCE,<br>ET AL. | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 and his complaint filed pursuant to the Americans with Disabilities Act be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief my be granted.

The Clerk of Court is directed to send a copy of this Judgment to the Keeper of the Three Strikes List, Tyler, Texas.

THUS DONE AND SIGNED, in chambers, Lafayette, Louisiana, on this 31st day of January, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE